JS-6
LINK: 19

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 12-02062 GAF (JCx) | Date | October 15, 2012 |
|---|---|---|---|
| Title | Jose Percimar Duenas v. Nordstrom FSB | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**      **(In Chambers)**

### ORDER DISMISSING CASE

On September 13, 2012, the Court dismissed Plaintiff's Complaint against Nordstrom FSB, but permitted Plaintiff leave to amend certain of his claims by Monday, October 1, 2012. (Docket No. 19 [09/13/12 Order].)  The Court specifically advised Plaintiff that failure to file an amended complaint by that deadline would be deemed consent to dismissal of the action with prejudice.  (Id. at 8.)  To date, Plaintiff has not filed an amended complaint.  Accordingly, Plaintiff's action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**